No. 260, Misc.   PHILLIPS *v.* RAGEN, WARDEN.   Circuit Court of Edgar County, Illinois.   Certiorari denied.

No. 268, Misc.   NICHOLAS *v.* CRANOR, SUPERINTEND-ENT.   Supreme Court of Washington.   Certiorari denied.

*Rehearing Denied.*

No. 1210, October Term, 1945.   GINSBURG *v.* SACHS ET AL., 328 U. S. 859.   Second petition for rehearing denied.

No. 53.   KINGSLAND, COMMISSIONER OF PATENTS, *v.* DORSEY, *ante*, p. 318.   Rehearing denied.

No. 245.   CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS *v.* CITY OF PORTERVILLE ET AL., *ante*, p. 805.   Rehearing denied.

No. 315.   AMERICAN EASTERN CORP. *v.* MCCARTHY, *ante*, p. 868.   Rehearing denied.

No. 329.   KLEIN *v.* UNITED STATES, *ante*, p. 870.   Rehearing denied.

No. 330.   BURKE *v.* UNITED STATES, *ante*, p. 870.   Rehearing denied.

No. 334.   UNITED STATES *v.* SHORELINE COOPERATIVE APARTMENTS, INC. ET AL., *ante*, p. 897.   Rehearing denied.

No. 365.   KOFOUROS ET AL. *v.* GIANNOUTSOS ET AL., *ante*, p. 894.   Rehearing denied.

No. 388.   KORTHINOS ET AL. *v.* NIARCHOS, *ante*, p. 894; and
No. 389.   MALEURIS ET AL. *v.* PAPADAKIS, *ante*, p. 894. Rehearing denied.